RAMIRO MORALES, # 7101
MORALES FIERRO & REEVES
725 S. Eighth St., Ste. B
Las Vegas, NV 89101
Tel: (702) 699-7822
Fax: (702) 699-9455

Attorneys for Defendants EMPIRE FIRE & MARINE INS. CO.,
ZURICH AMERICAN INS. CO. & CRUISE AMERICA INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH OLSEN<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER FISHER, ET AL<br><br>Defendants. | CASE NO.: 3:12-cv-00080-RCJ-WGC<br><br>**DEFENDANTS EMPIRE FIRE & MARINE INS. CO., ZURICH AMERICAN INS. CO. & CRUISE AMERICA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION AS TO INTERESTED PARTIES BY DEFENDANTS EMPIRE FIRE & MARINE INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY AND CRUISE AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the United States District Court for the District of Nevada, Local Rule 7.1-1, the undersigned, counsel of record for Defendants, EMPIRE FIRE & MARINE INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY AND CRUISE AMERICA, INC., certifies that as of this date the following entities have an interest in the outcome of this case. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

1. Defendant Empire Fire & Marine Insurance Company is a Nebraska corporation. Empire Fire & Marine Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of

America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is owned 99.8711% by Zurich Insurance Company Ltd., a Swiss corporation with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd. is the only publicly-traded parent company with a listing on the Swiss stock exchange, and a further trading of American Depository Receipts.

2. Defendant Zurich American Insurance Company is a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is owned 99.8711% by Zurich Insurance Company Ltd., a Swiss corporation with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd. is the only publicly-traded parent company with a listing on the Swiss stock exchange, and a further trading of American Depository Receipts.

3. Defendant Cruise America, Inc. is a California corporation. Regarding Cruise America, Inc., there are no known interested parties other than those participating in the present action.

DATED: February 15, 2012

MORALES FIERRO & REEVES

By: *_/s/ Ramiro Morales_*
Ramiro Morales
Attorneys for Defendants
EMPIRE FIRE & MARINE INS. CO., ZURICH AMERICAN INS. CO. & CRUISE AMERICA INC.

## CERTIFICATE OF SERVICE

On February 15, 2012, I caused to be served the document(s) described as:

- Defendants Empire Fire & Marine Ins. Co., Zurich American Ins. Co. & Cruise America Inc.'s Certification of Interested Entities or Persons

on the interested party(ies) in this action

☒ **BY ELECTRONIC SUBMISSION VIA CM/ECF**: I caused the docs listed above to be electronically served on designated recipients through CM/ECF.

Upon:

Mark C. Wenzel
BRADLEY DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505

**Attorneys for Plaintiff Deborah Olsen**

Executed on: February 15, 2012

Valerie Hurt, An Employee of
MORALES FIERRO & REEVES