UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH OLSEN, ) | 3:12-cv-00080-RCJ-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 11, 2012 |
| ) | |
| ALEXANDER FISHER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     KATIE OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is plaintiff's Motion to Enlarge Time for Service of Process by Publication. (Doc. #18.)  Plaintiff submits that attempts to serve defendant Fisher have been met with negative results and requests an unspecified extension of time to serve the defendant via publication.

   Good cause appearing, plaintiff's motion (Doc. #18) is granted.  Plaintiff shall have an extension of **forty-five (45) days to and including July 2, 2012,** to effect service by publication.

**IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK


                                             By:         /s/
                                                      Deputy Clerk