| | |
|---|---|
| 1 | Mark Wenzel, Esq. |
| | Nevada State Bar No. 5820 |
| 2 | BRADLEY, DRENDEL & JEANNEY |
| | P.O. Box 1987 |
| 3 | Reno, NV 89505 |
| | Telephone No. (775) 335-9999 |
| 4 | Facsimile No. (775) 335-9993 |
| 5 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEBORAH OLSEN, | | Case No. 3:12-cv-00080-RCJ-WGC |
| | Plaintiff, | |
| v. | | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ALEXANDER FISHER, et al. | | |
| | Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, DEBORAH OLSEN, by and through her attorney Mark Wenzel, Esq. of BRADLEY DRENDEL & JEANNEY, and Defendants CRUISE AMERICA, INC., EMPIRE FIRE & MARINE INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY by and through their attorney Ramiro Morales, Esq. of MORALES, FIERRO & REEVES that the above-entitled matter, being fully compromised and settled, be dismissed with prejudice, and that each party shall bear their own attorney's fees and costs.

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 4th day of February 2013.                    Dated this 4th day of February 2013.

BRADLEY, DRENDEL & JEANNEY                           MORALES, FIERRO & REEVES

_/s/ Mark Wenzel_                                                          _/s/ Ramiro Morales_
Mark Wenzel, Esq.                                                       Ramiro Morales, Esq.
*Attorneys for Plaintiff*                                                *Attorneys for Defendants*

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 201447

-1-

## ORDER

Upon stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter having been fully compromised and settled between Plaintiff and Defendants CRUISE AMERICA, INC., EMPIRE FIRE & MARINE INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY; that this matter be dismissed with prejudice and that each party shall bear their own attorney's fees and costs.

Dated this 20th day of February 2013.

*/s/ R. Jones*
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 201447

-2-