```
1  Mark Wenzel, Esq.
   Nevada State Bar No. 5820
2  BRADLEY, DRENDEL & JEANNEY
   P.O. Box 1987
3  Reno, NV 89505
   Telephone No. (775) 335-9999
4  Facsimile No. (775) 335-9993

5  Attorneys for Plaintiff
```

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8  DEBORAH OLSEN,                    Case No. 3:12-cv-00080-RCJ-WGC

9              Plaintiff,

10 v.                                STIPULATION AND ORDER FOR
                                     DISMISSAL WITH PREJUDICE
11 ALEXANDER FISHER, et al.

12             Defendants.
                                  /
13 _____

14       IT IS HEREBY STIPULATED AND AGREED between the parties hereto, DEBORAH

15 OLSEN, by and through her attorney Mark Wenzel, Esq. of BRADLEY DRENDEL & JEANNEY,

16 and Defendants CRUISE AMERICA, INC., EMPIRE FIRE & MARINE INSURANCE COMPANY

17 and ZURICH AMERICAN INSURANCE COMPANY by and through their attorney Ramiro

18 Morales, Esq. of MORALES, FIERRO & REEVES that the above-entitled matter, being fully

19 compromised and settled, be dismissed with prejudice, and that each party shall bear their own

20 attorney's fees and costs.

21                    AFFIRMATION Pursuant to NRS 239B.030

22       The undersigned does hereby affirm that the preceding document does not contain the social

23 security number of any person.

24 Dated this ____ day of February 2013.      Dated this 4th day of February 2013.

25 BRADLEY, DRENDEL & JEANNEY               MORALES, FIERRO & REEVES

26  /s/ Mark Wenzel                          /s/ Ramiro Morales

27 Mark Wenzel, Esq.                        Ramiro Morales, Esq.
   Attorneys for Plaintiff                  Attorneys for Defendants
28

                                    -1-

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY           Our File No. 201447
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

## ORDER

Upon stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter having been fully compromised and settled between Plaintiff and Defendants CRUISE AMERICA, INC., EMPIRE FIRE & MARINE INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY; that this matter be dismissed with prejudice and that each party shall bear their own attorney's fees and costs.

Dated this 20th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 201447

-2-