Mark Wenzel, Esq.
Nevada State Bar No. 5820
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for: Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH OLSEN, | Case No. 3:12-cv-00080-RCJ-WGC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| ALEXANDER FISHER, et. al. | |
| Defendants. | |

Plaintiff DEBORAH OLSEN, by and through her attorney of record, Mark Wenzel, Esq. of the law firm of Bradley, Drendel & Jeanney, Ltd., hereby voluntarily dismisses the above-entitled action against Alexander Fisher and Yakov Nudel pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(i) without prejudice.

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 3rd day of January 2014.

BRADLEY, DRENDEL & JEANNEY

Mark Wenzel, Esq.
*Attorney for: Plaintiff*

IT IS SO ORDERED this 3rd day of January, 2014.
The Clerk of the Court shall close this case.

ROBERT C. JONES
District Judge

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999